# AGREEMENT

# BETWEEN

# RAMADA INN DOWNTOWN ANCHORAGE

# AND

# UNITE HERE LOCAL 878
# AFFILIATED WITH
# UNITE HERE INTERNATIONAL UNION

## EFFECTIVE DATE

# MARCH 1, 2011 - FEBRUARY 28, 2015

RECEIVED
APR 29 2011
LABOR TRUST SVCS

Exhibit 1
Page 1 of 16

# ARTICLE 1
# AGREEMENT

THIS AGREEMENT IS MADE AND ENTERED INTO THIS **1ST DAY OF MARCH, 2011**, BY AND BETWEEN THE UNITE HERE LOCAL 878 ON BEHALF OF ITS AFFILIATE LOCALS, AND 115 E. 3RD AVENUE, LLC D/B/A RAMADA INN DOWNTOWN ANCHORAGE.

**All jurisdictional disputes involving Local Unions will be resolved by the UNITE HERE International Union.**

Ninety (90) days prior to the end of this Agreement, or any extension thereof, either party may give the other party written notice of its desire to terminate the Agreement, or to effect changes herein. Such written notice shall specify the reasons for the termination or the nature of the changes desired. The parties will meet to negotiate such termination, modifications or amendments this agreement at any time by written mutual consent of the parties hereto.

### Section 1.1 - Parties Responsibility To Each Other.

In reaching this Agreement the parties have recognized the following:

The parties desire to maintain, promote and perpetuate harmonious relations and to recommend the ways and means of promoting the economic welfare of the Employer and each separate hotel property which is signatory to this Agreement, and the members of the Union; and

The continued state of the Alaskan Economy is such that the parties desire and agree to recognize the need for a flexible and responsive business environment at each hotel property; and

While certain terms and conditions of the Agreement between the parties are common to all bargaining units, the economic and business situation of each hotel varies from property to property within the State of Alaska which results in the need to establish different and separate wage and salary adjustment programs at each bargaining unit.

### Section 1.2 - Recognition

In consideration of mutual performance in good faith by the parties to this Agreement, the parties hereby agree that the Employer recognizes the Union as the sole and exclusive bargaining agent for the employees classified in the wage scales annexed hereto, who are employed in the following bargaining unit: Ramada Inn Downtown Anchorage

The Employer will acknowledge the Union as exclusive representative in all units and subsidiaries, where the Union has demonstrated that it clearly represents the majority of the employees employed in that unit; for the purpose of collective bargaining, by virtue of a representation election held under NLRB procedures, the Employer will as a result of this recognition open negotiations for the purpose of wages and fringe benefits only. All other terms and conditions of this contract will remain in effect.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 2 of 16

### Section 3.2 Non-Compliance with Union Security.

**a)** The Union shall notify the Employer in writing giving specific information when any employee fails to comply with the requirements of Section 3.1. The Employer agrees to discharge any employee who has not rendered the periodic dues, initiation fees and other administrative fees uniformly required as a condition of obtaining and retaining membership in the Union. The employee shall be allowed seven (7) calendar days from receipt of the delinquency notice to correct any arrearage. Once delinquencies have been corrected, written notice shall be sent by the Union to the Employer.

**b)** The parties agree that all employees who are hired as Casual or Seasonal for the purpose of performing the duties of Banquet/Catering as defined in Article IV, Section 4.2 c. And d. Shall pertain to Banquet/Catering functions exclusively for the duration of this agreement, shall have the option of joining the Union under the same terms and conditions under which any employees now members of the Union are accepted to membership, Thirty-One (31) days subsequent to their first day of employment, or pay a "Per -Event" Fee, designated by the Union, per event worked, provided that it shall not exceed the normal monthly membership dues. The Employer shall deduct the Service Fee from the employee's check and remit it to the Union each month. In the event that the employee works a substantial number of events in any one-month period, which results in the member contributing more than one month's dues to the Union, said employee shall automatically be given credit for that month and may request immediate refund from the Union for any balances over for that month. Checks shall be immediately issued to each employee from the Union's Anchorage office.

**Section 3.3 Posting Requirement.** The Employer shall post in a conspicuous place in the employees' service area a printed copy of this Article, which copies shall be furnished by the Union.

**Section 3.4 Dues Check-Off.** The Employer agrees to deduct from the paycheck of each employee who so authorizes, on an authorization form provided by the Union, regular monthly Union dues and other administrative fees. Authorized dues and other fees shall be withheld from the first paycheck of each month and shall be transmitted monthly, at a time convenient to the Employer, but not later than the last day of the month, to the Union on behalf of the employee involved. The performance of this service is recognized as a courtesy to the Union by the Employer. The Employer shall be held harmless for any errors in computation for amounts deducted and forwarded to the Union. The Union shall inform its members of their responsibility to assure dues and fees owed to the Union.

**Section 3.5 Shop Stewards.** The Employer recognizes the Union's right to appoint employees as Shop Stewards. The Shop Steward's primary responsibility will be the investigation of complaints and grievances; investigations and meetings with employees to be conducted outside business hours. The Union will notify the Employer in writing, the designation and release of Shop Stewards. Shop Stewards shall be appointed by the Union, property shall warrant up to five (5) appointed Shop Stewards.

**Section 3.6 Access to Employer Establishments.** The Employer understands and agrees that it is necessary for authorized Union Business Representatives to visit work locations from time to time. These visits will be permitted if the Business Representative first seeks approval of the work location manager and so long as the visits do not disrupt work.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 3 of 16

required to make contributions on all seasonal employees hired prior to May 1, 1992 and those who are employed for more than one hundred and twenty (120) consecutive days. The employer agrees not to abuse the above stated Seasonal Provisions.

**Section 4.3 Seniority.** The purpose of seniority is to accord consideration to senior employees in recognition of their length of service to their Employer. Seniority is intended to provide maximum work opportunity to senior employees with respect to lay-offs and recalls, vacations, hours of work, days off, and shift assignments and holidays. When the opportunity exists for one or more employees to be off work on a holiday recognized in this agreement, the Employer shall post the number of employees able to have the holiday off, which will be granted to requesting employees in order of seniority. Seniority shall not allow senior employees the option of changing hours of work, days off and shift assignments on a day-to-day basis, nor allow a senior employee to displace a less senior employee from a shift or time off schedule.

Newly hired employees unless otherwise certified shall not acquire seniority during the first thirty (30) days of employment during which they will be considered to be probationary employees and their employment may be terminated at the sole discretion of the Employer. At the end of this probationary period seniority shall date from the beginning of employment. Probationary periods may be extended through mutual consent of the Employer and the Union.

**Section 4.4** It is agreed that the Employer shall recognize seniority rights as provided for in this Agreement. Seniority shall by Hotel unit, department and job classification within each department. In all cases of reduction in staff and recalling employees to work, seniority by job classification will be observed provided the employee is competent to perform the available job safely, properly and efficiently as indicated in the employees performance evaluation. The Employer shall advise employees of the procedure for expressing an interest in vacant positions and of the availability of vacant positions when they occur. Seniority among those employees who have expressed an interest in a vacant position shall be observed when filling vacancies and when filling shifts so long as the employee is competent to perform the available job safely, properly and efficiently.

Employees shall maintain their company seniority for benefit purposes only and whenever an employee transfers to a new job classification, seniority for the purposes of work opportunity, ceases in the classification from which the employee transferred, subject to the provision of Section 4.6.

For the purpose of work opportunity, seniority shall commence at the date of hire

**Section 4.5 Termination of Seniority.**

An employee's seniority shall terminate when:

a) The employee voluntarily terminates;
b) The employee is terminated for cause;
c) The employee fails to return from an approved leave of absence;
d) The employee fails to report to duty without notifying their immediate supervisor or, in the event the immediate supervisor is not available, the Employer shall designate for that department the supervisor's designee.
e) Employees shall have seven (7) days to report from recall. The notification for recall from

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 4 of 16

**Section 5.3 Work Schedules.** The Employer shall post a weekly job schedule in each department specifying names and classifications, day off and starting and finishing time, except in cases of emergency.

Normally regular employees shall have a fixed starting time which shall not be changed by the Employer without his giving twelve (12) hours notice to the employees affected, except in cases of emergency.

When a scheduled employee reports to work on an eight (8) hour shift and is capable of working and said employee is not allowed to work, the Employer shall pay the employee four (4) hours at the straight-time wage rate.

**Section 5.4 Shifts.**

**a) Short Shifts:** A short shift is defined as any shift consisting of less than eight (8) consecutive hours. No short shift shall be less than three (3) hours. However, Bellmen performing portage service during the summer season may be scheduled for short shifts of two (2) hours.

In addition, the three (3) hour minimum short shift shall be waived once annually for the purpose of the company presenting the Employee Assistance Program. Employees attending this meeting will be paid for all hours present at the meeting at the applicable contract rate.

**b) Split Shifts:** A split shift is defined any occasion where an employee works more than one (1) short shift in a work day. Only one split shift shall be allowed during any twelve (12) hour period. In Anchorage, employees working a split shift shall be paid a split shift premium equal to one (1) hour pay at their regular rate of pay. The premium hour shall not apply to Bellmen performing portage service during the summer tour season.

**c) Relief Shift:** Relief shifts shall be paid at the scale of pay for the classification worked. There shall be at least nine (9) hours break between shifts worked, except in emergency.

**d) Night Shifts:** Shifts starting between 9:30 pm and 4:59 am shall be considered as night shifts. There shall be no split shifts on night shifts.

**e) Combination Work:** When an employee occupies a position combining two (2) or more classifications or is temporarily assigned to a position requiring that he perform duties of two (2) or more classification, he shall be paid for the actual hours of work performed at the rate of the classification worked. In cases where he/she works three (3) hours or more at the highest classification, he/she will be paid at that rate for the full shift. Eligibility for payment shall require said employee to clock in and out at the appropriate code, or in the alternative, the employee shall submit request in writing and with supervisor signature to the appropriate payroll representative or as otherwise directed by the Company, within twenty four (24) hours of completion of the work performed in the higher classification.

**f) Four (4) Day, Ten (10) Hour Per Day Workweek:** The parties agree that if a change to a four (4) day, ten (10) hour per day workweek becomes feasible at some future time, it may be negotiated and instituted by mutual consent of the parties.

The initial period of such work schedules shall be ninety (90) days.

RECEIVED
APR 29 2011
LABOR TRUST SVCS

Exhibit 1
Page 5 of 16

**Section 7.3 Other Stipulations.** All employee's meals are to be eaten in locations specified by the Employer and no employee is entitled to booth service. When employees are not permitted to eat in the dining room, they shall be provided with clean and sanitary facilities.

No meals shall be allowed to any employees on their day off. Nothing in this Article limits the constitutional right of an employee to service by his or any other Employer covered by this contract when the employee is off duty.

## ARTICLE VIII
## UNIFORMS

**Section 8.1** The Employer will not require a deposit on uniforms from the employees as of the effective date of this Agreement. If the employee fails to return the uniform in satisfactory condition, excepting normal wear and tear, the Employer may withhold 50% of the replacement cost of the uniform form the Employees' final paycheck. The Employer shall require the employees to sign a payroll deduction authorization pursuant to the Article.

**Section 8.2** When any employees are required to wear special uniforms (other than black and white, the employer shall furnish and maintain two (2) such special uniforms. In the event an Employer does not furnish and/or maintain uniforms, the Employer agrees to pay laundry allowance of one dollar ($1.00) per shift worked, however, such laundry allowance will not be paid when an employee fails to dress in a manner appropriate for the position. Where nylon or other non-iron material uniforms are furnished to the room attendants by the Employer, the employee shall maintain their own uniforms.

**Section 8.3 Uniform availability.** Laundered uniforms shall be available when the employee is required to start work, i.e. at the beginning of the employees shift.

## ARTICLE IX
## HOLIDAYS

**Section 9.1 Holidays Observed.**

Following are the holidays recognized under this Agreement.

| | |
|---|---|
| New Year's Day | Memorial Day (4th Monday in May) |
| Independence Day | Labor Day (1st Monday in September) |
| Veteran's day (November 11) | Thanksgiving day (4th Thursday in November) |
| Christmas Day | Easter Sunday |
| Martin Luther King Day | |

**Section 9.2 Holiday Compensation.** Any work performed on a holiday shall be paid for at time and one-half (1 1/2X) the regular rate of pay. All overtime on holidays shall be computed on time worked from 12:01 a.m. to 11:59 p.m. regardless of the shift's starting time.

**a) Holiday Scheduling:** Employees regularly scheduled to work on a holiday who are not employed on that day shall be credited for vacation time and receive contributions for their health, pension and legal plan as though they had otherwise worked.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 6 of 16

**d) Employee Vacation Preference:** Employer will, so far as operating conditions permit, endeavor to comply with the requests of the employees for the time designated by them as to when they desire to take vacations. Senior employees shall have preference in designation of vacation leave. The Employer shall make a good faith effort to avoid "blackout" periods for all employees with more than five (5) years of service.

**e) Benefits During Vacation:** Earned vacations will also receive pension, legal and health insurance contributions into the Trust Funds. Employee seniority shall also accrue while on earned vacations.

**f)** Eligible employees may request up to one (1) week of vacation during the summer months. This time may be taken in a block or in one day increments as long as operating conditions permit and the employee replacement does not cause the Hotel to pay overtime hours. The granting of this request is not guaranteed, but shall not be unreasonably denied.

**Section 10.3 Vacation:** Employees entitled to vacation will only receive one (1) week paid vacation but may take vacation accrued time without pay. This issue will be discussed and negotiated in March, 2007.

## ARTICLE XI
## SICK LEAVE/FUNERAL LEAVE

**Section 11.1 Sick Leave Accrual.** After two (2) months employment, sickness and accident benefits will be paid from the first (1st) through the sixth (6th) day of any sickness which has already caused the employee to be absent three (3) or more consecutive shifts. Benefits will be paid at forty dollars ($40.00) per day or one half (½) of the employees average daily wage rate of the preceding pay period, whichever is greater. Employees shall have up to six (6) days or less coverage in any twelve (12) month period. Seasonal employees will have up to three (3) days sickness and accident benefits.

After three (3) years of employment. sickness and accident benefits will be paid from the first through the fifteenth (15) day of any sickness or accident which has already caused the employee to be absent three (3) or more consecutive shifts. Benefits will be paid at half (½) of the employees average daily wage rate of the preceding pay period.

When the Employer has reason to believe that there is an abuse of the sick leave policy, the Employer may request written certification of the reason for the absence from a licensed Doctor of Medicine. Employees absent because of sickness or accident shall notify the Employer at least one (1) day prior to returning to work after sickness.

**Section 11.2 Sick Leave Usage.** After sixty (60) calendar days from the date of employment, any employee who is absent from employment due to illness or injury as certified by a physician or is eligible for industrial accident insurance benefits, shall upon release by his doctor and certification of ability to perform his former duties be reinstated to the position held prior to his disability.

This Section shall not apply to seasonal employees.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 7 of 16

All requests for leaves of absence must be in writing by Employer and employee. Employees entering the military service, Red Cross or other combat relief services, or conscripted civilian service of the United States during the life of this Agreement shall be considered on leave of absence and retain their seniority while in such service and return to their former position upon returning with an honorable discharge from service. This section does not apply to seasonal employees.

**Section 11.7 Funeral Leave.** Employees shall be entitled to four (4) days with pay in the event of death of the parents, spouse, sister, brother and child for attendance of funeral. Three (3) additional days unpaid will be permitted for those funerals which occur outside the state of Alaska.

**Section 11.8 Jury Leave.** Employees called to serve on a jury shall notify the Employer and shall for each day or portion of a day not worked because they are sitting on a jury be paid one half (½) their average daily wage rate based on the preceding pay period. Said jury service shall be up to a maximum of ten (10) days per calendar year.

## ARTICLE XII
## HEALTH AND WELFARE

**Section 12.1 Level of Benefits.**

If at any time during the life of this contract, the Trust determines that less than the agreed upon contributions will be necessary for the purpose of maintaining maximum benefits under the plans, the Union will notify the Employer and the Employee's contributions shall first be reduced or eliminated, with any remaining savings passed on to the Employer.

Hourly contributions to the Trust will be made according to the following:

|  | **Company** |
|---|---|
| Eff. 1/1/11 | $3.05 |
| Eff. 1/1/12 | $3.55 |
| Eff. 1/1/13 | $4.05 |
| Eff. 1/1/14 | $4.55 |

1/1/13 the Union and the Employer will reopen the CBA for Health and Welfare only to discuss increases beyond the set amount for the years of 1/1/13 and 1/1/14.

It is understood by the parties that such additional contributions deducted from employee payroll shall not entitle any individual employee to a non-forfeitable right to benefits.

Benefits from such payroll deductions shall be provide in accordance with the terms and conditions of eligibility and right to benefits as set forth in the group Health Plan.

RECEIVED
APR 29 2011
LABOR TRUST SVCS

Exhibit 1
Page 8 of 16

## ARTICLE XIII
## PENSION

**Section 13.1 Pension Benefits.** A group Pension Plan shall be financed by Employer contributions. Payments to be paid to the Alaska Hotel and Restaurant Pension Plan. New employees will have contributions commence after one (1) year of service.

For Bartenders previously under the Anchorage Bartenders Pension Plan prior to the merger with the Alaska Hotel and Restaurant Pension Plan, shall have the same contribution rate paid to the Alaska Hotel and Restaurant Pension Plan.

Bartenders                               $1.32

Effective 3/1/06, the following are the pension contributions:

| | |
|---|---|
| Under five years | $0.31 |
| Five (5) years to ten (10) years | $0.39 |
| Over ten (10) years | $0.44 |

## ARTICLE XIV
## LEGAL PLAN

**Section 14.1** The Employer shall pay two cents ($.02) per compensable hour worked for each employee covered herein beginning one hundred and twenty (120) days from the date of hire. All understandings, Trust Agreement, etc are agreed to be recognized and the same as those understanding applied under Health and Pension Trusts. The Employer recognizes the Legal Trust Agreement and all attached documents.

## ARTICLE XV
## GRIEVANCE PROCEDURE

**Section 15.1 Definition of Grievance.** A grievance is defined as a claim or dispute by an Employer, employee, group of employees, or authorized Union Representative concerning rates of pay, hours or working conditions involving the interpretations, application or alleged violation of any provision of this Agreement.

**Section 15.2**
**Step 1:** The employee shall discuss the dispute with his/her immediate supervisor within seven (7) calendar days of the dispute or from the time of the employee had knowledge or should have had knowledge of said dispute. If the incident is relevant to potential discipline, the employee shall be entitled to having a Shop Steward present, if requested. If the dispute is not satisfactorily resolved at Step 1 within three (3) calendar days, it shall be submitted to Step 2. While the parties acknowledge that is beneficial to resolve the dispute with the immediate supervisor, it is expressly understood by both parties that no language contained in Article XV, Section 15, shall prohibit the employee from immediately filing a grievance as outlined in Step 2.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 9 of 16

**Section 15.6** The time limits referred to in this Article XV must be strictly adhered to, but may be waived by mutual agreement in writing. It is the intent of the parties that all procedures set forth herein shall be complied with as expeditiously as practicable.

## ARTICLE XVI
## LABOR-MANAGEMENT COMMITTEE

**Section 16.1** A Labor-Management Committee shall be established, consisting of an equal number of representatives of each of the parties hereto, that is no more than three (3) for the Employer and no more than three (3) for the Union. Said Committee may hold a meeting annually and may consider problems of mutual concern of the parties not specifically covered by the terms of this Agreement. The purpose of the Committee shall be to promote and perpetuate harmonious relations, to recommend ways and means of promoting the economic welfare of the Employer and the members of the Union. The Committee shall not supersede the functions of any arbitration board set up herein, nor shall it have authority to negotiate a new Agreement, amend this Agreement, or waive any of the provisions thereof.

## ARTICLE XVII
## WORK RULES AND DISCIPLINE

**Section 17.1 Establishment of Rules.** The Employer may, as a condition of employment, require employees to sign and acknowledge awareness of standard work rules. These rules shall be reduced to writing and placed in conspicuous locations for the benefit of all employees. Such work rules shall establish Employer requirements and employee obligations so long as the rules are not inconsistent with other specific areas of the Agreement. The Employer shall provide the Union with all work rules of each establishment and shall also provide the Union with all amendments and changes. The Employer shall endeavor to notify the union amendments and changes to work rules in advance of their implementation but, not later than five (5) days after implementation.

**Section 17.2 Areas Covered.** Work rules may cover, but are not limited to, the following subject areas: check cashing procedures, care and responsibility for Employer's property, customer relations, co-worker and supervisory relationships, Employer's expectations regarding the preparation and handling of food, etc. The work rules listed below are in effect for all Employer establishments.

**a) Damage:** No employee shall be held responsible for any damage or breakage of any equipment and no money will be withheld from any employee's check for breakage or damage unless the employee caused such damage or breakage willfully or with negligence and utter disregard for the safety of the Employer's property.

**b) Cash Shortages:** There shall be no cash deductions from an employee's pay for any cash shortage where two (2) or more employees use the same cash register. When a dispute arises, the Employer will meet with the involved employee and investigate the shortage.

**c) Check-out Time:** In establishments where cash waitresses are employed, fifteen (15) minutes will be allowed during the regular shift for check-out.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 10 of 16

**Section 17.7** The Employer shall provide tools of the trade it deems necessary to each employee without charge to the employee.

**Section 17.8** In situations where the Employer is unsure about the ability of an employee to perform his or her job duties in a manner that is safe for both the employee or other persons and property, the Employer may require that the employee submit to physical or mental evaluation by a licensed physician or mental health practitioner selected and paid for by the Employer. If the evaluator concludes the employee may endanger property or his own health or safety, or the health or safety of others by continuing to performs his or her job duties, the Employer may take such employment action as is appropriate, including but not limited to reassignment, placement in appropriate leave status pending recovery, or termination if the employee refuses the alternative.

**Section 17.9** Written records of counseling, or written confirmation of verbal counseling, after eighteen (18) months from the date of the occurrence, shall not be used as a basis for further discipline with the exception of documentation involving violence or harassment.

## ARTICLE XVIII
## MISCELLANEOUS

**Section 18.1** Union Card and Button/Passive Membership. For promotional purposes with the hospitality and Union industry, the Union House/Bar/Motel Card will be displayed in a conspicuous place to the public in all the Employer's establishments. Employees may wear a Union button on their working apparel.

Where bargaining unit work is performed by working proprietors, managers and partners, they will become passive members of the Union and will be exempt from this contract. However, one or more may become passive members of the Union for the purpose of allowing working proprietors, managers and partners to allow their contributions to be paid in for the purpose of fringe benefits.

**Section 18.2** Union Bulletin Board. The Employer agrees to provide a place for the purpose of posting official Union notices. Such notices shall be signed by either the authorized Business Representative, establishment Shop Steward, or his designee. In the event the Employer fails to provide a place for posting of such notices, the Employer will then be required to provide a "Union Bulletin Board" for the posting of said notices.

## ARTICLE XIX
## SAVINGS CLAUSE

**Section 19.1** Should any part hereof or any provision herein contained be rendered or declared invalid by reason of any existing or subsequently enacted legislation or by any order of the National Labor Relations Board or any decree of a court of competent jurisdiction, such invalidation of such part or portions of this Agreement shall not invalidate the remaining portions hereof, provided, however, upon such invalidation the parties agree immediately to meet and negotiate such parts or provisions affected. The remaining part or provisions shall remain in full force and effect.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 11 of 16

## Housekeeping Department.

**6) Housekeeper:** Supervises, directs and trains Room Attendants in the performance of general or specialized cleaning and other related duties. May also supervise Laundry Room Attendants. Should have operational knowledge of all required specialized cleaning functions and be prepared to perform them as required.

**7) Inspector:** Assists in the supervision, direction and training of Housekeeping personnel. Is primarily responsible for the general inspection of all work performed by Housekeeping personnel assigned to his/her area of responsibility. Prepares all required incidental reports and many be required to do rooms on a need only basis.

**8) Room Attendant:** Cleans the guest rooms and public areas on a need only basis and keeps them in order for the convenience of the guests. No overhead work will be required of Room Attendants of a hazardous nature. (Room limitation: 15). Those employees completing rooms in excess of fifteen (15) to the Employer's satisfaction, within an eight (8) hour shift will be compensated for additional rooms cleaned as follows:

| | |
|---|---|
| Effective 12/1/01, For the 16th room and all additional rooms | $3.40 |
| Effective 12/1/02, For the 16th room and all additional rooms | $3.50 |
| Effective 12/1/03, For the 16th room and all additional rooms | $3.60 |
| Effective 12/1/04, For the 16th room and all additional rooms | $3.70 |

Room Attendants will receive $1.00 per rollaway bed effective 12/1/01. Effective 12/1/02, Attendants will receive $1.25, effective 12/1/03 Room Attendants will receive $1.50, effective 12/1/04 Room Attendants will receive $1.70.

**9) Laundry Room Attendant:** A person who tends laundry machines, loads, removes from machine to dryer, or mangles, folds and stacks according to marks and dyes, blocks and repairs and sews. Also distributes laundry to linen rooms.

10) **Houseperson:** Cleans and keeps the lobby and other rooms for public service in order and performs other tasks of cleaning.

## Maintenance Department.

**11) Maintenance Person:** Keeps the physical and mechanical structure of the hotel in good repair and performs repairs as appropriate and ensures the property is secured as assigned. Grandfather any existing combination Maintenance/Janitor person.

**12) Janitor:** Does general labor in cleaning hotel/motel properties and facilities as directed.

RECEIVED
APR 29 2011
LABOR TRUST SVCS

Exhibit 1
Page 12 of 16

## Culinary Department.

**23) Chef:** Reports to the Owner/General Manager, and/or Food and Beverage Director. May perform all tasks and functions of the Culinary Department. He can do any cooking, baking or perform any or all duties in the kitchen.

**24) Sous Chef:** Is the Chef's assistant and his/her responsibilities include supervision of the kitchen and in the absence of the Chef has the same responsibilities of the Chef.

**25) Dinner/Broiler Cook:** Prepares roasts, sauces, gravies and all necessary duties required in preparing food for dinners. Also broils, grills or sautés on the serving line; prepares roasts; cooks and seasons food of all types and prepares sauces.

**26) Fry Cook:** Performs all necessary duties required in preparing all fried foods and makes sandwiches, etc., on the serving line.

**27) Pantry:** Assists all cooks in the preparation of food for each shift. Makes salads, prepares vegetables and portions foods.

**28) Culinary Attendant:** Primary duties are washing dishes and cleanliness of the kitchen. Also assists in preparation of salads, sandwiches, etc. Stores food received from suppliers and may bus dishes from the dining room. Performs routine tasks, washes dishes, pots and pans, and maintains cleanliness in the kitchen.

**29) Storeroom Clerk:** Is responsible for the storekeeping and receiving functions. Receives and checks against requisition all food stores and/or dry goods prior to storing them; makes direct issues and maintains records of all transactions, maintains storeroom in accordance with established standards and prepares various reports as necessary.

## ARTICLE XXII
## SUCCESSORS AND ASSIGNS

This Agreement shall be binding upon the successors and assigns of the parties hereto until its expiration or until it is changed by mutual agreement of the parties. This Agreement and all of the conditions and terms thereof shall be binding upon the Employer, and upon each individual member of the Employer, if the Employer is a corporation.

It is agreed that all of the compensation and payment due and owing to employees or to the Union on behalf of the employees under this Agreement shall be deemed trust funds in the event of any transfer, sale, receivership or bankruptcy of any establishment and the Union and the employees shall have first and prior claim and lien upon such funds.

In the event the Employer sells the property known as the Ramada Inn Downtown Anchorage, an ongoing concern, it shall be a condition of any such sale by the Employer, and shall be provided in the contract of sale, that the purchaser hire all employees employed in each respective unit represented by the UNITE HERE LOCAL 878.

RECEIVED

APR 29 2011

LABOR TRUST SVCS

Exhibit 1
Page 13 of 16

|  | 3/1/06 | 3/1/07 | 3/1/08 | 3/1/09 |
|---|---|---|---|---|
| **Maintenance Department** | | | | |
| Maintenance Person | 11.01 | 11.26 | 11.51 | 11.76 |
| Janitor | 9.46 | 9.71 | 9.96 | 10.21 |
| **Dining Room Department** | | | | |
| Maitre D' Hotel | 10.87 | 11.12 | 11.37 | 11.62 |
| Host/Hostess | 9.12 | 9.37 | 9.62 | 9.87 |
| Checker/Cashier | 8.73 | 8.98 | 9.23 | 9.48 |
| Busperson* | 8.12 | 8.37 | 8.62 | 8.87 |
| Cash/Wtr/Wtrss* | 7.91 | 8.16 | 8.41 | 8.66 |
| Waiter/Waitress* | 8.00 | 8.25 | 8.50 | 8.75 |
| Waiter/Waitress* (food only) | 8.00 | 8.25 | 8.50 | 8.75 |
| **Beverage Department** | | | | |
| Bartender/Mixol.* | 11.45 | 11.70 | 11.95 | 12.20 |
| Bart/Mixol. App* | 11.13 | 11.38 | 11.63 | 11.88 |
| Cocktail Wait/Wtrss* | 7.77 | 8.02 | 8.27 | 8.52 |
| **Culinary Department** | | | | |
| Sous Chef | 12.34 | 12.59 | 12.84 | 13.09 |
| Dinner/Broil Cook | 12.39 | 12.64 | 12.89 | 13.14 |
| Fry Cook | 11.93 | 12.18 | 12.43 | 12.68 |
| Pantry | 9.89 | 10.14 | 10.39 | 10.64 |
| Storeroom Clerk | 9.49 | 9.74 | 9.99 | 10.24 |
| Culinary Attdt. | 9.09 | 9.34 | 9.59 | 9.84 |

RECEIVED
APR 29 2011
LABOR TRUST SVC

Exhibit 1
Page 14 of 16

**(SIDE LETTER)**
**STATUS OF EMPLOYMENT**

Bargaining unit employees will be employed in one of the following categories:

A. REGULAR EMPLOYEE: An employee hired to work a regular schedule or hired as a banquet table attendant or a banquet equipment coordinator.

B. SEASONAL EMPLOYEE: An employee hired to work on either a full-time or part-time basis during the peak season. The peak season is defined as that period of time between April 15 and October 15. The Employer will not be required to make contributions to any trust fund plan on behalf of any seasonal employee hired after April 15. Any employee retained to work a regular or part-time schedule past October 15, or hired to replace a regular employee prior to October 15, will be converted to a regular employee and the Employer shall contribute to the Health and Welfare Trust for all hours worked by said employee retroactive to the ninety-first (91st) day of employment. This clause will affect only employees hired after April 15, 2005.

RECEIVED
APR 29 2011
LABOR TRUST SVCS

Exhibit 1
Page 15 of 16

# ARTICLE XXV
# DURATION OF AGREEMENT

This Agreement shall be in full force and effect from the first (1st) day of March, 2011, through the last day of February, 2015, and continue thereafter from year to year unless either party proposes changes in the terms of the Agreement. Such notice shall be given in writing not less than ninety (90) days before the first day of March of the year when such changes are to go into effect. After receipt of such notice the parties must commence negotiations forty-five (45) days prior to March 1, of the year such changes are to go into effect.

For the Employer: RAMADA INN DOWNTOWN ANCHORAGE
115 E. 3rd Avenue, LLC.

Susan Kaer  _/s/ Susan Kaer_  4/27/11
Owner                  DATE

For the Union:        UNITE HERE LOCAL 878

MARVIN JONES  _/s/ Marvin Jones_  4-27-11
President/Business Representative    DATE

PATRICIA GILES  _/s/ Patricia Giles_  4/27/11
Financial Secretary/Treasurer    DATE

Exhibit 1
Page 16 of 16